**Order entered September 19, 2017**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-17-00108-CV

### DENNIS VICTOR, INDIVIDUALLY AND D/B/A MADISON AVENUE PROPERTIES, ET AL., Appellants

### V.

### DIANE SAUCEDO, ET AL., Appellees

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-16316**

## ORDER

By order dated August 16, 2017, the Court abated this appeal to allow the parties to continue to resolve their dispute through settlement. On September 15, 2017, appellants filed a status report informing the Court that the parties did not settle their dispute. Accordingly, we **REINSTATE** this appeal.

Appellees' brief is due **October 9, 2017**.

/s/    CRAIG STODDART
JUSTICE